IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

PHIL NORMAN, III,                    )
                                     )
            Plaintiff,               )
                                     )
      v.                             )        CV 109-029
                                     )
FPL FOODS, LLC, et al.,              )
                                     )
            Defendants.              )
                            _____

**O R D E R**
                            _____

After a careful *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed. Accordingly, the

Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the

Court. Therefore, this case is **DISMISSED**, and this civil action be **CLOSED**.

SO ORDERED this _____ day of July, 2009, at Augusta, Georgia.


HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE